UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>JAMES EDWARD DAVIS JR<br>MALLORY GRACE DAVIS<br><br>**Debtors** | CASE NO: 22-40037-659<br>Chapter 13<br><br>Trustee's Objection to Confirmation<br>Original Confirmation Hearing set for:<br>February 17, 2022  11:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. The plan is distributing less to the unsecured creditors than they would receive under Chapter 7 liquidation.  11 U.S.C. § 1325(a)(4)
2. Schedule A fails to list real estate owned by James Davis.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: February 23, 2022

OBJCONFAF--DSD

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on February 23, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on February 23, 2022.

JAMES EDWARD DAVIS JR
MALLORY GRACE DAVIS
148 COUNTRY BROOK CT
ST CHARLES, MO  63303

/s/ Diana S. Daugherty
Diana S. Daugherty